# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sy Lee Castle, | No. CV 1-08-01267-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| M. Knowles, et al., | |
| Defendants. | |

On May 8, 2009, this Court ordered that Plaintiff could require five Defendants to respond to the complaint: Knowles, Fisher, Phillips, Saihca, and Stark. Defendants Knowles, Fisher and Phillips have been served. On June 25, 2009, the Marshals returned the summons for Defendant Stark unexecuted with the comment, "6/18/09 per lit co no such person employed; 6/22/09 per CDC locator - none." (Doc. #12.) The Court does not know the status of service on Defendant Saihca.

Based on the foregoing,

IT IS ORDERED that, it appearing no one by the name of "Stark" is at the address provided by Plaintiff, within 30 days of the date of this Order, Plaintiff shall show cause why Defendant Stark should not be dismissed, without prejudice, for failure to serve.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward a copy of this Order to the Marshals. Per the Order of May 22, 2009 (Doc. #11), if service by waiver had not been accomplished in sixty days (July 22, 2009), the Marshals were required to proceed

1  to personal service.  Within 10 days of the date of this Order, a representative of the Marshals
2  office shall file a status report of what efforts have been made to personally serve Defendant
3  Saihca.
4     DATED this 26th day of August, 2009.

James A. Teilborg
United States District Judge