# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sy Lee Castle,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>M. Knowles, et al.,<br><br>　　　　Defendants. | No. CV 1-08-01267-JAT<br><br>**ORDER** |

Defendants Fisher, Knowles, and Phillips have filed a motion to dismiss. This Court is required to give certain warnings and information to Plaintiff. *See generally Rand v. Rowland*, 154 F.3d 952, 960 (9th Cir. 1998).

**NOTICE - WARNING TO PLAINTIFF** - Defendants have filed a Motion to Dismiss. Defendants' motion to dismiss seeks to have your case dismissed. Their motion will, if granted, end your case.

You must timely respond to all motions. The Court may, in its discretion, treat your failure to respond to the Motion to Dismiss as a consent to the granting of that Motion without further notice, and judgment may be entered dismissing this action without prejudice pursuant to Eastern District of California Local Rule 78-230(m). *See Brydges v. Lewis,* 18 F.3d 651 (9th Cir. 1994) (per curiam).

**IT IS THEREFORE ORDERED that**:

1. **Response** - Plaintiff shall have until October 2, 2009, within which to respond to

1  Defendants' Motion to Dismiss, filed August 28, 2009 (#19).

2      2. **Reply** - Defendants shall have ten days from service of the responsive
3  memorandum within which to file a reply.

4      3. **Consideration of Motion** - The Motion to Dismiss will be deemed ready for
5  decision without oral argument on the day following the date set for filing a reply unless
6  otherwise ordered by the Court.

7      DATED this 4th day of September, 2009.

                                                  James A. Teilborg
                                                  United States District Judge