IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sy Lee Castle, | No. CV 1-08-01267-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| M. Knowles, et al., | |
| Defendant. | |

Pending before this Court is Defendants Knowles, Fisher, and Phillips' Motion to Dismiss (Doc. # 19), and Plaintiff Sy Lee Castle's Motion to Amend (Doc. # 23). This is Plaintiff's first request to amend his complaint. As such, Plaintiff is permitted to amend his complaint as a matter of right, notwithstanding Defendants' pending motion to dismiss. *Schreiber Distrib. Co. v. Serv-Well Furniture Co.*, 806 F.2d 1393, 1401 (9th Cir. 1986).

Accordingly,

**IT IS ORDERED** that Defendants' Knowles, Fisher, and Phillips' Motion to Dismiss (Doc. # 19) is denied without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff Sy Lee Castle's Motion to Amend (Doc. # 23) is granted.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file Plaintiff's lodged First Amended Complaint (Doc. # 25).

1 **IT IS FINALLY ORDERED** that Defendants shall have ten (10) days from the date of this Order to respond to Plaintiff's amended complaint.

DATED this 23rd day of September, 2009.

James A. Teilborg
United States District Judge