1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE EASTERN DISTRICT OF CALIFORNIA

8
9   Sy Lee Castle,                              )   No. CV 1-08-01267-JAT
                                                )
10            Plaintiff,                         )   **ORDER**
                                                )
11   vs.                                         )
                                                )
12   M. Knowles, et al.,                         )
                                                )
13            Defendants.                        )
     _____)
14
15          Defendants Fisher, Knowles, and Phillips filed a second motion to dismiss on October

16   13, 2009.  The Court does not believe the response filed on October 16, 2009 was in response

17   to this motion.  Thus, the Court will strike the response and order Plaintiff to file a new

18   response. Further, this Court is required to give certain warnings and information to Plaintiff.

19   *See generally Rand v. Rowland*, 154 F.3d 952, 960 (9th Cir. 1998).

20          **NOTICE - WARNING TO PLAINTIFF** -  Defendants have filed a Motion to

21   Dismiss.  Defendants' motion to dismiss seeks to have your case dismissed.  Their motion

22   will, if granted, end your case.

23          You must timely respond to all motions.  The Court may, in its discretion, treat your

24   failure to respond to the Motion to Dismiss as a consent to the granting of that Motion

25   without further notice, and judgment may be entered dismissing this action without prejudice

26   pursuant to Eastern District of California Local Rule 78-230(m).  *See Brydges v. Lewis,* 18

27   F.3d 651 (9th Cir. 1994) (per curiam).

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS THEREFORE ORDERED that**:

1. **<u>Response</u>** - Plaintiff shall have until November 16, 2009, within which to respond to Defendants' Motion to Dismiss, filed October 13, 2009 (#32).

2. **<u>Reply</u>** - Defendants shall have ten business days from service of the responsive memorandum within which to file a reply.

3. **<u>Consideration of Motion</u>** - The Motion to Dismiss will be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

4. **<u>Doc. #33</u>** - Because it does not appear Doc. #33 is in response to Doc. #32, the Clerk of the Court shall strike Doc. #33.  Plaintiff shall file a single response to the motion to dismiss filed on October 13, 2009 within the deadlines set forth above.

DATED this 26th day of October, 2009.

James A. Teilborg
United States District Judge