IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sy Lee Castle,  ) | No. CV 1:08-01267-JAT |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| M. Knowles, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On September 28, 2009, the Court ordered:

> **IT IS FURTHER ORDERED** with respect to Defendant Sather,
> (1) that based on the amended complaint (Doc. #30), the Clerk of the Court shall amend the docket to change the name of Defendant "Saihca" to Defendant "Sather."
> (2) With this Order, the Clerk of the Court shall send Plaintiff another service packet to serve Defendant Sather, including the amended complaint (Doc. #30), this Order, the Order of May 8, 2009 (Doc. #9), a Notice of Submission of Documents form, an instruction sheet, and a copy of a summons and USM-285-form for Defendant Sather.
> (3) Plaintiff should not attempt to personally serve Sather and must not request a waiver of service; once the Clerk has received the Notice of Submission of Documents and the required documents, the Court will direct the Marshals to attempt service by waiver or personal service. If Plaintiff fails to return a new service packet by October 19, 2009, Defendant Sather will be dismissed, without prejudice, for failure to prosecute and failure to timely serve under Federal Rules of Civil Procedure 41(b) and 4(m).

On January 29, 2010, the Marshals returned an unexecuted return of service for Defendant Sather. Doc. #48. The notes on the return of service state, "12/24/09 per facility not employed; 1/26/2010 per cdc locator 0." Doc. #48. Similar to Defendant Stark, the

1 Court will provide Plaintiff with two subpoenas decus tecum in blank to serve on the
2 appropriate person at Kern Valley State Prison to attempt to obtain a last know address for
3 Defendant Sather. If such an address is obtained, Plaintiff can again attempt service through
4 the Marshals.

5     Accordingly,

6     **IT IS ORDERED**:

7     (1) that the Clerk of the Court shall issue and send to Plaintiff two subpoenas in blank
8 and two USM-285 forms for Plaintiff to complete with each subpoena. Plaintiff shall
9 complete the USM-285 forms and subpoenas decus tecum requesting documents that would
10 contain an address for Defendant Sather and return them to the Clerk of the Court. Plaintiff
11 shall have until February 26, 2010 to return these completed subpoenas and forms to the
12 Court. Upon receipt of the completed subpoenas and USM-285 forms, the Clerk of the Court
13 shall forward the completed subpoenas and forms to the Marshals for service.

14     (2) that Plaintiff shall complete the subpoenas such that the documents requested are
15 returned to the Court and not to the Plaintiff. Upon receipt of the documents, the Clerk of
16 the Court shall file the documents containing Defendant Sather's address under seal. Upon
17 receipt of the documents, the Clerk of the Court shall forward the address of Defendant
18 Sather and a copy of this order and a copy of the amended complaint (Doc. #30) to the
19 Marshals and the Marshals shall again attempt to serve the summons and amended complaint.

20     (3) that if Plaintiff does not accomplish service of Defendant Sather through this
21 additional process, the Court will dismiss Defendant Stark without prejudice.

22     DATED this 1st day of February, 2010.

James A. Teilborg
United States District Judge